1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Samuel R. Randall (No. 024517)
**RANDALL LAW PLLC**
4742 N. 24th Street, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 328-0262
*srandall@randallslaw.com*

Jesenia A. Martinez (*Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
*jmartinez@cz.law*

***Lead Attorneys In Charge for Plaintiffs***

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA (PHOENIX DIVISION)

| | |
|---|---|
| Alexia Chavez, an individual; Daphne Hawkins, an individual; Kinnlyn Noice, an individual; Graciela Garcia, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Creative Impact, Inc., dba Bandaids Show Lounge, an Arizona Corporation; James Zanzucchi, an individual; Mark Cumming, an individual; Doe Managers 1-3; and Does 4-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-1652-CDB<br><br>**PLAINTIFF ALEXIA CHAVEZ'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** |

CZ | CARPENTER & ZUCKERMAN

1    COMES NOW plaintiff Alexia Chavez ("Plaintiff" or "Chavez"), by and through

2  undersigned counsel, and hereby submits her Notice of Acceptance of defendants

3  Creative Impact, Inc. dba Bandaids Show Lounge, James Zanzucchi, and Mark

4  Cumming (collectively, "Defendants") Fed. R. Civ. P. 68 Offer of Judgment as follows:

5        1.    Plaintiff, along with plaintiffs Graciela Garcia, Daphne Hawkins, and

6  Kinnlyn Noice, filed this lawsuit on August, 22, 2020. *See* Dkt. 1.

7        2.    On February 12, 2021, this Court issued its Order compelling Chavez's

8  claims to arbitration.

9        3.    On November 10, 2022, Defendants served Plaintiff with a Fed. R. Civ. P.

10  68 Offer of Judgment in this action in the amount of $4,000, inclusive of Plaintiff's

11  attorneys' fees and costs. *See* Exhibit 1.

12        4.    Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her

13  acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants'

14  attorneys of record.

15

16   Dated: November 14, 2022          Respectfully submitted,

17                                     **CARPENTER & ZUCKERMAN &**
                                       **RANDALL LAW PLLC**
18

19                                      */s/ Jesenia A. Martinez*

20                                     Jesenia A. Martinez
                                       Samuel R. Randall
21                                     ***Attorneys for Plaintiffs***

22

23

24

25

26

27

28

**PLAINTIFF ALEXIA CHAVEZ'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R.
CIV. P. 68 OFFER OF JUDGMENT**
– 2 –

## CERTIFICATE OF SERVICE

I certify that on Monday, November 14, 2022, the foregoing document titled **PLAINTIFF ALEXIA CHAVEZ'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** and accompanying documents were served via CM/ECF upon all participants of record, including the parties list below pursuant to Fed. R. Civ. P. 5:

Matthew J. Hoffer
**SHAFER & ASSOCIATES PC**
3800 Capital City Blvd., Ste. 2
Lansing, MI 48906
Email: matt@bradshaferlaw.com
Email: info@bradshaferlaw.com
Email: zack@bradshaferlaw.com

*Counsel for Defendants*

Samuel R. Randall
**RANDALL LAW PLLC**
4742 N 24th St., Ste. 300
Phoenix, AZ 85016
Email: srandall@randallslaw.com
Email: arandall@randallslaw.com
Email: grandall@randallslaw.com

*Co-Counsel for Plaintiffs*

*/s/ Jesenia A. Martinez*
Jesenia A. Martinez