Samuel R. Randall (No. 024517)
**RANDALL LAW PLLC**
4742 N. 24th Street, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 328-0262
*srandall@randallslaw.com*

Jesenia A. Martinez (*Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
*jmartinez@cz.law*

*Lead Attorneys In Charge for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA (PHOENIX DIVISION)**

| | |
|---|---|
| Alexia Chavez, an individual; Daphne Hawkins, an individual; Kinnlyn Noice, an individual; Graciela Garcia, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Creative Impact, Inc., dba Bandaids Show Lounge, an Arizona Corporation; James Zanzucchi, an individual; Mark Cumming, an individual; Doe Managers 1-3; and Does 4-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-1652-CDB<br><br>**PLAINTIFF KINNLYN NOICE'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** |

COMES NOW plaintiff Kinnlyn Noice ("Plaintiff" or "Chavez"), by and through undersigned counsel, and hereby submits her Notice of Acceptance of defendants Creative Impact, Inc. dba Bandaids Show Lounge, James Zanzucchi, and Mark Cumming (collectively, "Defendants") Fed. R. Civ. P. 68 Offer of Judgment as follows:

1. Plaintiff, along with plaintiffs Alexia Chavez, Graciela Garcia, and Daphne Hawkins, filed this lawsuit on August, 22, 2020. *See* Dkt. 1.

2. On February 12, 2021, this Court issued its Order compelling Noice's claims to arbitration.

3. On November 10, 2022, Defendants served Plaintiff with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of $4,000, inclusive of Plaintiff's attorneys' fees and costs. *See* Exhibit 1.

4. Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

Dated: November 14, 2022          Respectfully submitted,

**CARPENTER & ZUCKERMAN & RANDALL LAW PLLC**

 */s/ Jesenia A. Martinez*
Jesenia A. Martinez
Samuel R. Randall

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on Monday, November 14, 2022, the foregoing document titled **PLAINTIFF KINNLYN NOICE'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** and accompanying documents were served via CM/ECF upon all participants of record, including the parties list below pursuant to Fed. R. Civ. P. 5:

| | |
|---|---|
| Matthew J. Hoffer | Samuel R. Randall |
| **SHAFER & ASSOCIATES PC** | **RANDALL LAW PLLC** |
| 3800 Capital City Blvd., Ste. 2 | 4742 N 24th St., Ste. 300 |
| Lansing, MI 48906 | Phoenix, AZ 85016 |
| Email: matt@bradshaferlaw.com | Email: srandall@randallslaw.com |
| Email: info@bradshaferlaw.com | Email: arandall@randallslaw.com |
| Email: zack@bradshaferlaw.com | Email: grandall@randallslaw.com |
| | |
| *Counsel for Defendants* | *Co-Counsel for Plaintiffs* |

*/s/ Jesenia A. Martinez*
Jesenia A. Martinez